UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

                        Plaintiff(s),

v.                                            Case No. 2:13-cv-12224-SFC-DRG
                                            Hon. Sean F. Cox

John Doe subscriber assigned
IP address 71.227.1.206, et al.,

                        Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  SCOTT ROEMMELE

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT

                                        By: s/ P. Miller
                                              Deputy Clerk

Dated:  October 25, 2013